**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 11-cv-04769 |
|---|---|

LIBERTY MUTUAL INSURANCE COMPANY,
v.
MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.

| NAME (Type or print) |
|---|
| Paula E. Litt |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Paula E. Litt |

| FIRM |
|---|
| Schopf & Weiss LLP |

| STREET ADDRESS |
|---|
| One S. Wacker Drive, 28th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6187696 | 312.701.9317 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐