# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4769 | **DATE** | 8/16/2011 |
| **CASE TITLE** | Liberty Mutual Insurance Company vs. Much Shelist Denenberg Ament & Rubenstein, P.C., et al. | | |

**DOCKET ENTRY TEXT**

    This matter is before the court on Plaintiff's motion for an extension for Defendants to answer or otherwise plead [15]. In a somewhat unusual motion, Plaintiffs seek an extension of time for Defendants to answer or otherwise plead to the complaint. The motion is improper since the interest at stake in regard to responding to the complaint is an interest possessed by Defendants, not Plaintiff, and Plaintiff lacks standing to represent the interests of Defendants. In addition, Plaintiff seeks an extension of the deadlines for joint status reports and the date for initial status hearing in this case. Plaintiff indicates that this case cannot proceed forward until there are rulings in an underlying litigation, which Plaintiff believes will be made by October 31, 2011. Plaintiff also indicates that, if there are no rulings in the underlying litigation by October 31, 2011, Plaintiff will seek an additional extension of time for the deadlines in this case and further await a ruling in the underlying litigation. It appears, based on the representations in Plaintiff's motion, that this case is not ripe for adjudication. Therefore, the instant action is dismissed without prejudice. All pending dates and motions are stricken. Plaintiff is given leave to seek reinstatement of the instant action by November 15, 2011.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|